**Order filed May 17, 2013, Withdrawn and Order filed May 21, 2013.**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-12-00709-CV**
_____

**GLEN GRAVES, Appellant**

**V.**

**JERRY L. STARKEY, TBDL, L.P., AND PBW DEVELOPMENT CORPORATION, Appellee**

---

**On Appeal from the 405TH District Court**
**Galveston County, Texas**
**Trial Court Cause No. 09-CV-0620**

---

## ORDER

On May 17, 2013, this Court issued an order directing Glen Graves to files his brief on or before June 6, 2013. Our order of May 17, 2013, is withdrawn.

In accordance with our order of March 28, 2013, Glen Graves' combined brief, as appellee and cross-appellant is due thirty days after appellants' brief is filed.

PER CURIAM